# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) STEVEN RAY ROWSEY, and ) <br> (2) MELINDA MICHELLE THOMAS, ) <br> ) <br> *Plaintiffs,* ) <br> ) <br> *vs.* ) <br> ) <br> (1) HOMESITE INDEM. CO. ) <br> ) <br> *Defendant.* ) | Case No. 17-cv-0359-JHP |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Steven Ray Rowsey and Melinda Michelle Thomas and Defendant, Homesite Indemnity Company, by and through their attorneys of record, hereby jointly stipulate and agree to the dismissal with prejudice of all claims asserted in the above-captioned action, for the reasons that an agreed compromise settlement has been entered into between the parties, with each party to bear its own costs and attorney fees.

Dated this 4th day of January, 2019.

                                                    Respectfully submitted,

                                                    */s/ Michael D. McGrew*
                                                    Michael D. McGrew (OBA #13167)
                                                    McGrew, McGrew & Associates, P.C.
                                                    400 N. Walker, Suite 115
                                                    Oklahoma City, Oklahoma 73102
                                                    405-235-9909 telephone
                                                    405-235-9929 facsimile
                                                    mcgrwslaw@yahoo.com
                                                    *Attorney for Plaintiffs,*
                                                    *Steven R. Rowsey & Melinda M. Thomas*

And

*/s/ Robert Todd Goolsby\**
R. Todd Goolsby (OBA #12676)
David D. Proctor (OBA# 13863)
Seth D. Coldiron (OBA #20041)
701 N. Broadway, Suite 400
GOOLSBY, PROCTOR, HEEFNER & GIBBS, P.C.
Oklahoma City, OK 73102-6006
tgoolsby@gphglaw.com
dproctor@gphglaw.com
scoldiron@gphglaw.com
*Attorneys for Defendant,*
*Homesite Indem. Co.*

**\*Submitted with permission of counsel**

**CERTIFICATE OF SERVICE**

      I hereby certify that January 4, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

R. Todd Goolsby (OBA #12676)
David D. Proctor (OBA# 13863)
Seth D. Coldiron (OBA #20041)
701 N. Broadway, Suite 400
GOOLSBY, PROCTOR, HEEFNER & GIBBS, P.C.
Oklahoma City, OK 73102-6006
Telephone: (405) 524-2400
Facsimile: (405) 525-6005
tgoolsby@gphglaw.com
dproctor@gphglaw.com
scoldiron@gphglaw.com
*Attorneys for Defendant,*
*Homesite Indem. Co.*

                                            */s/ Michael McGrew*
                                            Michael McGrew